**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| REDEEMED CHRISTIAN CHURCH OF GOD, LIVING SPRING MIRACLE CENTER, INC. | : No. 72 MAL 2017 |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| LOWER CHICHESTER TOWNSHIP ZONING HEARING BOARD AND LOWER CHICHESTER TOWNSHIP | : |
| | : |
| | : |
| | : |
| PETITION OF:  LOWER CHICHESTER TOWNSHIP | : |
| | : |
| | : |
| | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 20th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.